448 A.2d 1181

Borawski v. State Farm Ins. Co., Appellant.

Argued December 8, 1981.  Joe T. Murphy, Jr., for appellant;  Samuel Cohen, for appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

The order of the court is affirmed.

448 A.2d 1181

Cillo v. Ohio Casualty Insurance Company, Appellant.

Petition for Allowance of Appeal Denied Dec. 6, 1982.

Argued March 8, 1982.  Robert A. Gallagher, for appellant;  Peter T. Campana, submitted a brief on behalf of appellee.

Before CAVANAUGH, WICKERSHAM and CIRILLO, JJ.

Order and judgment affirmed.